[No. 73699-0-I.   Division One.   January 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS STERLING LITTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09584-6, Timothy A. Bradshaw, J., entered June 19, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Mann, JJ.

[No. 73703-1-I.   Division One.   January 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK ALLEN KOLANOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00942-5, Roger Rogoff, J., entered June 19, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.

[No. 74206-0-I.   Division One.   January 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE CARLOS SANCHEZ-RUIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-1-00610-9, Dave Needy, J., entered October 22, 2015. *Remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Dwyer and Leach, JJ.

[No. 74315-5-I.   Division One.   January 30, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CHRISTOPHER LANGSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00990-1, Millie M. Judge, J., entered October 27, 2015. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Spearman, J.